# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00153-CV

### A. G., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
NO. C2019-0144A, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

On March 28, 2019, this Court abated this appeal after appellant informed us that her pleading entitled, "Notice of Appeal from Associate Judge's Hearing and Request for Hearing De Novo," was mistakenly filed in this Court as a notice of appeal and was instead a request for the district court to hold a de novo hearing in the Department's suit seeking termination of A.G.'s parental rights. We have now received a status report from appellant indicating that a de novo hearing in the district court is set for April 17, 2019. We have also learned that the associate judge's order relates only to one issue in the suit and is thus an unappealable interlocutory order. An "initial permanency hearing before final order" is set for July 9, 2019. Under these circumstances, we dismiss this appeal for want of jurisdiction.

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed: April 5, 2019